The Mutual Life Insurance Company of New York v. Mary Kirby Bailey, as administratrix of the estate of William J. Bailey, deceased, and Margaret Ginley. Mary Kirby Bailey, appellant. Margaret Ginley, appellee. Gen. No. 39,090.

Opinion filed November 30, 1936.

Deming, Jarrett & Mulfinger, for appellant. Weinberg, Kjellander, O'Farrell & Ames, for appellee; John J. Ames and Lewis Weinberg, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.